IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

OWEN ODDMAN,
a/k/a Charles Llewlyn,

    Petitioner,

vs.

DEBORAH HICKEY, Warden,

    Respondent.

CIVIL ACTION NO.: CV209-048

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Oddman contends that the Magistrate Judge failed to analyze the proper statutes, but, if he had done so, it would have been evident that 28 U.S.C. §§ 2241 and 2254 provide the only vehicle to raise his treaty violation claims. Oddman asserts that he has clearly established that Congress intended 28 U.S.C. § 2241(c)(3) to be the exclusive remedy for a claim involving an alleged treaty violation.

Though Oddman asserts his claims allege violations of Article 36 of the Vienna Convention on Consular Relations ("VCCR"), it is clear Oddman's requested relief falls under the purview of 28 U.S.C. § 2255, as the Magistrate Judge explained in his Report and Recommendation.

The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Oddman's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 24 day of February, 2010.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE